Submitted March 6, reversed April 22, 2009

In the Matter of D. A. H.,
aka D. P.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

D. A. H.,
aka D. P.,
*Appellant.*

Multnomah County Circuit Court
080767421; A139676

206 P3d 1113

Liza Langford filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and M. Ann Boss, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues that the record does not establish by clear and convincing evidence that she is a danger to herself because of a mental disorder. *See* ORS 426.005(1)(d). The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. On *de novo* review of the record, we accept the state's concession and reverse.

Reversed.